**Antonio WEST, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 78490**

Missouri Court of Appeals, Western District.

ORDER FILED: May 31, 2016

Jeannette Wolpink, Kansas City, MO, Counsel for Appellant.

Robert Bartholomew, Jr., Jefferson City, MO, Counsel for Respondent.

Before Division Two: Victor C. Howard, P.J., Thomas H. Newton, and Karen King Mitchell, JJ.

## ORDER

Per Curiam:

Mr. Antonio West appeals from a judgment denying a post-conviction relief motion under Rule 29.15 following an evidentiary hearing.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).